IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:08-cr-58 |
| | ) | |
| SHAWN ANDERSON HILL | ) | |

## O R D E R

Pending before the court in this criminal case is the Magistrate Judge's report and recommendation [doc. 217] that the defendant's motion to dismiss Counts 1 and 2 of the superseding indictment for duplicity be denied. No objections to the report and recommendation have been filed, and it is ripe for this court's consideration.

This court has reviewed *de novo* the pleadings and the report and recommendation, and hereby **ADOPTS** the report and recommendation in its entirety. It is hereby **ORDERED** that the defendant's motion to dismiss Counts 1 and 2 of the superseding indictment [doc. 200] is **DENIED**.

ENTER:

                       *s/ Leon Jordan*
                   United States District Judge